# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

TRAVIS MANNING
ADC #144583                                                                PLAINTIFF

v.                             No. 2:20-cv-127-DPM

ROOSEVELT G. BARDEN,
Captain, EARU Max; SINDY LARRY,
Sergeant, EARU; JEREMY ANDREWS,
Warden, EARU; MARSHALL D. REED,
Retired Director of Grievance Appeals, ADC;
UTLEY, Nurse, EARU; DOES, Any John or
Jane to be Named; DEXTER PAYNE, Director,
ADC; and WENDY KELLEY, Commissioner,
ADC                                                                        DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation. *Doc. 47*; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Manning hasn't identified the Doe defendants, and the time to serve them has passed. FED. R. CIV. P. 4(m). Manning's claims against them are therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2021