IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TRAVIS MANNING
ADC #144583                                                                                 PLAINTIFF

v.                              No. 2:20-cv-127-DPM-PSH

ROOSEVELT G. BARDEN, Captain,
EARU Max; SINDY LARRY, Sergeant,
EARU; JEREMY ANDREWS, Warden,
EARU; MARSHALL D. REED, Retired
Director of Grievance Appeals, ADC;
ANGELA UTLEY, Nurse, EARU;
DEXTER PAYNE, Director, ADC; and
WENDY KELLEY, Commissioner, ADC                               DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 53*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 32*, granted. Manning's claims against Defendants Payne, Andrews, Reed, and Kelley will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2021