# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TRAVIS MANNING**                                          **PLAINTIFF**
**ADC #144583**

v.            No: 2:20-cv-00127 DPM-PSH

**ROOSEVELT G. BARDEN,** *et al.*                        **DEFENDANTS**

## ORDER

Before the Court is a Motion to Compel filed by Defendants Roosevelt Barden and Sidney Larry (Doc. No. 82). Defendants attached a copy of the Defendants' First Set of Interrogatories and Requests for Production of Documents sent to Plaintiff Travis Manning on March 31, 2022 (Doc. No. 82-1); a copy of Manning's discovery responses (Doc. No. 82-2); and a copy of a good faith letter sent to Manning on May 4, 2022 (Doc. No. 82-3). According to the motion, Manning did not return an executed copy of a blank HIPAA medical release allowing defendants to access his medical records with his discovery responses or in response to their good faith letter.[1]

The Court grants the defendants' motion. Manning is directed to return an executed medical release form to the defendants no later than 30 days from this

---

[1] Although he was given the opportunity to do so (*see* Doc. No. 84), Manning has not filed a response to the defendants' motion.

order's entry date. Failure to comply with this Order may result in the imposition of sanctions, including the dismissal of this action. *See* Fed. R. Civ. P. 37(b)(2).

    IT IS SO ORDERED this 30th day of June, 2022.

                                                    _____
                                                  UNITED STATES MAGISTRATE JUDGE