IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TRAVIS MANNING
ADC #144583                                                                                    PLAINTIFF

v.                                    No. 2:20-cv-127-DPM

ROOSEVELT G. BARDEN, Captain,
EARU Max; SINDY LARRY, Sergeant,
EARU; and ANGELA UTLEY, Nurse,
EARU                                                                                           DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 92*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 87*, granted. Manning's complaint will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2022