IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TRAVIS MANNING
ADC #144583                                                                PLAINTIFF

v.                          No. 2:20-cv-127-DPM

ROOSEVELT G. BARDEN, Captain,
EARU Max; SINDY LARRY, Sergeant,
EARU; JEREMY ANDREWS, Warden,
EARU; Marshall D. Reed, Retired
Director of Grievance Appeals, ADC;
ANGELA UTLEY, Nurse, EARU; DOES,
Any John or Jane to be Named; DEXTER
PAYNE, Director, ADC; and WENDY
KELLEY, Commissioner, ADC                               DEFENDANTS

## JUDGMENT

Mannings's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2022